UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CUEVAS, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>JOINT BENEFIT TRUST, et al.,<br><br>   Defendants. | Case No.  13-cv-00045-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF. No. 14 |

A hearing on Plaintiffs' motion to remand is scheduled for June 27, 2013.  As the motion is suitable for determination without oral argument, the hearing is VACATED.  See Civil L.R. 7-1(b).  The motion is under submission.

**IT IS SO ORDERED**.

Dated: June 20, 2013

_____
JON S. TIGAR
United States District Judge