UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CUEVAS, et al., <br> Plaintiffs, <br> v. <br> JOINT BENEFIT TRUST, et al., <br> Defendants. | Case No. 13-cv-00045-JST <br><br> **ORDER VACATING HEARING** <br> Re: ECF. No. 14 |

A hearing on Plaintiffs' motion to remand is scheduled for June 27, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

**IT IS SO ORDERED**.

Dated: June 20, 2013

_____
JON S. TIGAR
United States District Judge