1  DAVID A. ROSENFELD, Bar No. 058163
   ANNE I. YEN, Bar No. 187291
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501
4  Telephone  (510) 337-1001
   Fax  (510) 337-1023
5  E-Mail:  drosenfeld@unioncounsel.net
              ayen@unioncounsel.net
6
   Attorneys for Defendant, **Teamsters Local Union No. 948**
7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD CUEVAS, DANIEL ABRIL, JOHN HAILSTONE, AL T. OLIVER, CHARLES K. WILLIAMS, SHARON MOSLEY,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JOINT BENEFIT TRUST AND TEAMSTERS LOCAL UNION NO. 948,<br><br>                    Defendants. | No. C 13 0045-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |

Whereas, on April 10, 2013, the Court entered an Order (Document 20) setting fact discovery cutoff on August 16, 2013, expert disclosures on October 4, expert rebuttal disclosures on November 1, and expert discovery cutoff on November 22;

Whereas, the deadline to file dispositive motions is not until January 24, 2014, and trial is scheduled on April 28, 2014, allowing sufficient time that a 60-day extension of the discovery deadlines would not require a change in the trial date;

Whereas, on June 25, 2013, Defendant Teamsters Local 948 filed a motion to disqualify Plaintiffs' counsel, on the grounds that Plaintiffs' counsel formerly represented Defendant and Defendant contends that Plaintiffs' counsel has a conflict, and that motion is scheduled to be

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES
Case No. C-13-0045-JST

heard on August 29, 2013;

Whereas, Plaintiffs seek to take the depositions of officers and employees of Defendant, and Defendant objects to submitting to examination by Plaintiffs' counsel while the motion to disqualify him is pending;

Now, therefore, the parties hereby stipulate as follows:

The depositions of Defendant's Secretary-Treasurer Adam Ochoa and Defendant's business agent Luis Diaz, noticed for August 2, are cancelled;

To allow time for the parties to complete discovery after the Court decides the motion to disqualify, which is scheduled to be heard on August 29, the parties jointly request an extension of the discovery deadlines by 60 days, which will reschedule the deadlines as follows:

Fact discovery cutoff:  October 15, 2013;

Expert disclosures:  December 3, 2013;

Expert rebuttal disclosures:  December 31, 2013;

Expert discovery cutoff:  January 21, 2014.

Respectfully submitted.

Dated:  August 1, 2013                    WEINBERG, ROGER & ROSENFELD
                                          A Professional Corporation

                                          /s/ Anne I. Yen
                                By:       DAVID A. ROSENFELD
                                          ANNE I. YEN
                                          Attorneys for Defendant,
                                          TEAMSTERS LOCAL UNION NO. 948

Dated:  August 1, 2013                    LAW OFFICE OF KENNETH C. ABSALOM

                                          /s/ Kenneth C. Absalom
                                By:       KENNETH C. ABSALOM
                                          Attorneys for Plaintiffs

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES
Case No. C-13-0045-JST

Dated  July 31, 2013                              BEESON, TAYER & BODINE

                                            /s/ Dalisai S. Nisperos
                                            TEAGUE P. PATERSON
                                            DALISAI S. NISPEROS
                                            Attorneys for Defendant Joint Benefit Trust

### [~~PROPOSED~~] ORDER

The Court having considered the above Stipulation of the parties, and good cause appearing, the discovery deadlines in the above-captioned matter are hereby extended as follows:

Fact discovery cutoff:  October 15, 2013;

Expert disclosures:  December 3, 2013;

Expert rebuttal disclosures:  December 31, 2013;

Expert discovery cutoff:  January 21, 2014.

IT IS SO ORDERED.

Dated:  August 12, 2013

                                            UNITED STATES DISTRICT COURT
                                            JUDGE JON S. TIGAR

133502/727825

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001